# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

November 14, 2007

Memo To Counsel Re: John Tucker, et al. v. Systems Specialists Furniture
Installations, Inc., et al.
Civil No. JFM-07-1357

Dear Counsel:

I have reviewed the memoranda submitted in connection with plaintiff's motion to compel and for sanctions.

Plaintiff's motion is granted.  It is apparent from the record that plaintiffs were required to file their motion in order to prompt defendants to provide the information and discovery to which plaintiffs were entitled.  In light of the fact that defendants have now provided the information, I will award attorney's fees only in the amount of $500, rather than the $1,000 requested by plaintiffs.

I understand that plaintiff believe that an adjustment of the schedule is necessary because of defendants' delayed response of the information in question.  Accordingly, a conference call will be held on December 7 , 2007   at 9:15  a.m. to discuss the appropriate schedule in this case.  I ask counsel for plaintiff to initiate the call.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge